```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOSE REYES,

                 Plaintiff,

          -against-

RADIO CITY PRODUCTIONS LLC,

                Defendant.
-------------------------------------------------------------- X

18-CV-7483 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 13, 2018 (Dkt. 12), this Court received a notice of settlement from Plaintiff's counsel;

      WHEREAS on November 13, 2018 (Dkt. 13), the Court ordered that this action would be dismissed unless one or more parties filed a letter <u>before</u> December 13, 2018 requesting that the action not be dismissed;

      WHEREAS on December 13, 2018 (Dkt. 14), parties untimely requested an extension;

      WHEREAS on December 13, 2018 (Dkt. 15), the Court directed the parties to show cause by December 14, 2018, why the case should not be dismissed notwithstanding the untimely request for extension; and

      WHEREAS no response has been received from either party;

      IT IS HEREBY ORDERED THAT this case is DISMISSED. The Clerk is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

Date: December 17, 2018
      New York, New York

                                                **VALERIE CAPRONI**
                                                **United States District Judge**